AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2026

SEAN F. McAVOY, CLERK

ROB ERVIN, an individual; and THE STERLING
ORGANIZATION L.L.C., a Washington limited liability
company,
*Plaintiff*
)
)
)
v.
)
)
CALIFORNIA NETWORK MANAGEMENT, INC., a
California corporation d/b/a CNM WIRELESS, LLC, a
California limited liability company; and STEVEN BITTER,
individually and on behalf of his marital community,
*Defendant*

Civil Action No. 2:25-CV-0011-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The parties' Stipulated Motion to Dismiss (ECF No. 32) is GRANTED. Judgment of Dismissal is entered with prejudice and without costs or attorneys' fees to any party.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Thomas O. Rice _____

Date:   5/28/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*